MAY C. HERBERT, EXRX., ETC., RESPONDENT, v. EMILY CORBY ET AL., APPELLANT.

Argued May 24, 1940—Decided December 12, 1940.

For the respondent, *Howe & Davis* and *Charles E. Garrett.*

For the appellants, *Alfred J. Grosso.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—HEHER, PERSKIE, DEAR, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 6.

*For reversal*—THE CHANCELLOR, PARKER, CASE, BODINE, WELLS, JJ. 5.